## Dirk JOHNSON *v.* STATE of Arkansas

CA CR 97-1444                                959 S.W.2d 54

Supreme Court of Arkansas
Opinion delivered February 26, 1998

*Norman M. Smith*, for appellant.

No response.

PER CURIAM. Petitioner, Dirk Johnson, by his attorney, Norman M. Smith, has filed a motion for belated appeal. His attorney admits that he failed to file the notice of appeal on time.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 295 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.